IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| In the matter of the indictment and arrest warrant for<br><br>JOHN LEWIS GRINDSTAFF | Case No. 1:24-cr-74<br><br>**Filed Under Seal** | FILED<br>ASHEVILLE, NC<br>DEC 17 2024<br>U.S. DISTRICT COURT<br>W. DISTRICT OF N.C. |

### ORDER TO UNSEAL

UPON MOTION of the United States of America for an order directing that the Indictment, Arrest Warrant, and all related motions or orders issued be unsealed,

**IT IS HEREBY ORDERED** that the foregoing materials are unsealed.

SO ORDERED on this 17th day of December 2024.

_____
W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE